Arthur E. Wind, d/b/a Crawford Building Material Company, Plaintiff-Appellee, v. Thomas Paulson, Contractor, Defendant.
On Appeal of Joseph Ades, Defendant-Appellant.

Gen. No. M–50,271. (Abstract of Decision.)

First District, Fourth Division.

November 2, 1966.

John C. Gekas, of Chicago, for appellant; Greenstein & Solotke, of Chicago, for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.